AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CAlifornians for Renewable Energy and Stephan C. Volker <br> Plaintiff <br> v. <br> California Public Utilities Commission, et al. <br> Defendant | ) ) ) ) ) ) Civil Action No. |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephan C. Volker (CSB #63093)
Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, California 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

Date: _____          _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __04/18/2008__, by:

(1) personally delivering a copy of each to the individual at this place, __California Public Utilities Commission, 505 Van Ness Avenue, San Francisco, California__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Lionel Wilson__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __04/21/2008__

_____
Server's signature

**Teddy Ann Fuss**
Printed name and title

Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, California 94612

_____
Server's address