LIONEL B. WILSON, SBN 46165
HELEN W. YEE, SBN 119434
DARWIN E. FARRAR, SBN 152735
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-2474
Facsimile: (415) 703-2262

Attorneys for Defendant
California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CAlifornians for Renewable Energy and Stephan C. Volker,

    Plaintiffs,

vs.

California Public Utilities Commission,

    Defendant.

Case No. C08-01954-JL

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**[Local Rule 6-1(a)]**

329016

1    Pursuant to Local Rule 6-1(a), Plaintiffs CAlifornians for Renewable Energy ("CARE") and its counsel, Stephan C. Volker, and Defendant California Public Utilities Commission ("CPUC") hereby stipulate that Defendant CPUC's time to respond to Plaintiffs' complaint, dated April 14, 2008 and served on the CPUC on April 18, 2008, shall be extended twenty days, from May 8, 2008 to May 28, 2008.  The CPUC will agree to reasonable requests for extensions of time by the Plaintiffs in this action.  By agreeing to the stipulation, the Defendant CPUC does not waive its rights to challenge the Court's jurisdiction or any sovereign immunity rights the CPUC may have under the U.S. Constitution and/or federal statutes. This stipulation does not alter the date of any event or deadline already fixed by Court order.

Pursuant to section X of Northern District of California General Order 45, undersigned counsel for Defendant CPUC attests that the concurrence in the filing of this document was obtained from Mr. Stephan C. Volker, counsel for Plaintiffs CARE and Stephan C. Volker, on April 29, 2008.

DATED:  April 30, 2008                     Respectfully submitted,


                                           LIONEL B. WILSON, SBN 46165
                                           HELEN W. YEE, SBN 119434
                                           DARWIN E. FARRAR, SBN 152735


                              By:    /s/    HELEN W. YEE
                                           _____
                                               Helen W. Yee

                                           Attorney for Defendant California Public
                                           Utilities Commission

                                           California Public Utilities Commission
                                           505 Van Ness Avenue
                                           San Francisco, CA  94102
                                           (415) 703-2474

1   And,

2

3   STEPHAN C. VOLKER
4   JOSHUA A.H. HARRIS
    BRIDGET A. ROBERTS
5   Attorneys for Plaintiffs Californians for
    Renewable Energy and Stephan C. Volker
6   436-14th Street, Suite 1300
7   Oakland, Ca 94612
    (510) 496-0600
8

LIONEL B. WILSON, SBN 46165
HELEN W. YEE, SBN 119434
DARWIN E. FARRAR, SBN 152735
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA  94102
Telephone:    (415) 703-2474
Facsimile:    (415) 703-2262

Attorneys for Defendant
California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy and Stephan C. Volker,<br><br>             Plaintiffs,<br><br>    vs.<br><br>California Public Utilities Commission,<br><br>             Defendant. | Case No. C08-01954-JL<br><br>**PROOF OF SERVICE** |

I am a citizen of the United States, over 18 years of age, employed in the City and County of San Francisco, and not a party to the subject cause.  My business address is the California Public Utilities Commission, Legal Division, 505 Van Ness Avenue, San Francisco, California 94102.

1  On April 30, 2008, I served the **STIPULATION TO EXTEND TIME TO**
2  **RESPOND TO COMPLAINT on** the parties to this action, Case No. C08-01954-JL by
3  mailing by first-class a copy thereof properly addressed to the following party:

>  STEPHAN C. VOLKER
>  JOSHUA A.H. HARRIS
>  BRIDGET A. ROBERTS
>  Attorneys for Plaintiffs CAlifornians for
>  Renewable Energy
>  436-14th Street, Suite 1300
>  Oakland, Ca 94612

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2008, at San Francisco, California.

>  /s/    ALBERT HILL
>  _____
>         ALBERT HILL