LIONEL B. WILSON, SBN 46165
HELEN W. YEE, SBN 119434
DARWIN E. FARRAR, SBN 152735
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-1599
Facsimile: (415) 703-2262
Email: edf@cpuc.ca.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAlifornians for Renewable Energy and Stephan C. Volker,<br><br>Plaintiff,<br><br>vs.<br><br>California Public Utilities Commission,<br><br>Defendant, | No. C08-01954-JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:

_____
Darwin E. Farrar

Counsel for Defendant, California Public Utilities Commission