STEPHAN C. VOLKER, SBN 63093
JOSHUA A.H. HARRIS, SBN 226898
LAW OFFICES OF STEPHAN C. VOLKER
436 – 14th Street, Suite 1300
Oakland, CA 94612
Telephone:   (510) 496-0600
Facsimile:    (510) 496-1366

Attorneys for Plaintiffs
CAlifornians for Renewable Energy and Stephan C. Volker

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers and its counsel, Stephan C. Volker,<br><br>Plaintiffs,<br><br>vs.<br><br>California Public Utilities Commission,<br><br>Defendant. | Case No. C08-01954-JL<br><br>**STIPULATION TO EXTEND TIME FOR (1) BRIEFING AND HEARING ON THE CALIFORNIA PUBLIC UTILITIES COMMISSION'S MOTION TO DISMISS, (2) INITIAL DISCLOSURES AND DISCOVERY PLAN, (3) ADR PROCESS, AND (4) CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>AND<br><br>[PROPOSED] ORDER THEREON<br><br>[Local Rule 6-1(b)] |

Pursuant to Local Rule 6-1(b), Plaintiffs CAlifornians for Renewable Energy, and Stephan C. Volker, and Defendant California Public Utilities Commission ("CPUC") hereby stipulate that the time for filing plaintiffs' opposition to the motion of the CPUC to dismiss the action shall be extended from June 11, 2008 to July 16, 2008, that the time for filing the

CPUC's reply to plaintiffs' opposition to the CPUC's motion to dismiss shall be extended from June 18, 2008 to July 30, 2008, and that the hearing on the CPUC's motion to dismiss shall be continued from July 2, 2008 to August 13, 2008 at 9:30 a.m. before the Hon. James Larson of the United States District Court.

It is further stipulated that the deadline for the parties to meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution ("ADR") process selection and discovery plan, and to file the parties' Joint ADR Certification with stipulation to ADR process or notice of need for ADR phone conference, shall be extended from July 2, 2008 to August 27, 2008, in order to accommodate the extended hearing and briefing schedule on the CPUC's motion to dismiss.

It is further stipulated that the deadline for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and to file their Case Management Statements per Standing Order re Contents of Joint Case Management Statement, shall be continued from July 16, 2008 to September 25, 2008, likewise to accommodate the parties' agreement to extend the time for briefing and hearing on the CPUC's motion to dismiss.

It is further stipulated that the Initial Case Management Conference shall be continued from July 23, 2008 to October 1, 2008, likewise to accommodate the parties' agreement to extend the deadlines for briefing and hearing of the CPUC's motion to dismiss.

Pursuant to section X of Northern District of California General Order 45, undersigned counsel for plaintiffs attests that the concurrence in the filing of this document was obtained from Mr. Darwin E. Farrar, counsel for defendant CPUC, on June 4, 2008.

DATED: June 4, 2008

Respectfully submitted,

_____
STEPHAN C. VOLKER
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Attorney for Plaintiffs Californians for Renewable Energy, et al.


/s/ Darwin E. Farrar_____
DARWIN E. FARRAR
LIONEL B. WILSON
HELEN W. YEE
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102


**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____, 2008

_____
JAMES L. LARSON
U.S. MAGISTRATE – JUDGE

# PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, employed in the City and County of San Francisco, and not a party to the subject cause. My business address is the Law Offices of Stephan C. Volker, 436 – 14th Street, Suite 1300, Oakland, California 94612.

On June 5, 2008, I served the STIPULATION TO EXTEND TIME FOR (1) BRIEFING AND HEARING ON THE CALIFORNIA PUBLIC UTILITIES COMMISSION'S MOTION TO DISMISS, (2) INITIAL DISCLOSURES AND DISCOVERY PLAN, (3) ADR PROCESS, AND (4) CASE MANAGEMENT CONFERENCE DEADLINES AND [PROPOSED] ORDER THEREON on the parties to this action, Case No. C08-01954-JL by mailing by first-class a copy thereof properly addressed to the following party:

> Lionel B. Wilson
> Helen W. Yee
> Darwin E. Farrar
> California Public Utilities Commission
> 505 Van Ness Avenue
> San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008, at Oakland, California.



_____
Teddy Ann Fuss