| | |
|---|---|
| 1 | STEPHAN C. VOLKER, SBN 63093 |
| 2 | JOSHUA A.H. HARRIS, SBN 226898<br>LAW OFFICES OF STEPHAN C. VOLKER |
| 3 | 436 – 14th Street, Suite 1300<br>Oakland, CA 94612 |
| 4 | Telephone:   (510) 496-0600<br>Facsimile:    (510) 496-1366 |
| 5 | Attorneys for Plaintiffs |
| 6 | CAlifornians for Renewable Energy and Stephan C. Volker |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers and its counsel, Stephan C. Volker,<br><br>Plaintiffs,<br><br>vs.<br><br>California Public Utilities Commission,<br><br>Defendant. | Case No. C08-01954-JL<br><br>**STIPULATION TO EXTEND TIME FOR (1) BRIEFING AND HEARING ON THE CALIFORNIA PUBLIC UTILITIES COMMISSION'S MOTION TO DISMISS, (2) INITIAL DISCLOSURES AND DISCOVERY PLAN, (3) ADR PROCESS, AND (4) CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>**AND**<br><br>[PROPOSED] ORDER THEREON<br><br>[Local Rule 6-1(b)] |

   Pursuant to Local Rule 6-1(b), Plaintiffs CAlifornians for Renewable Energy, and

Stephan C. Volker, and Defendant California Public Utilities Commission ("CPUC") hereby

stipulate that the time for filing plaintiffs' opposition to the motion of the CPUC to dismiss

the action shall be extended from June 11, 2008 to July 16, 2008, that the time for filing the

CPUC's reply to plaintiffs' opposition to the CPUC's motion to dismiss shall be extended from June 18, 2008 to July 30, 2008, and that the hearing on the CPUC's motion to dismiss shall be continued from July 2, 2008 to August 13, 2008 at 9:30 a.m. before the Hon. James Larson of the United States District Court.

It is further stipulated that the deadline for the parties to meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution ("ADR") process selection and discovery plan, and to file the parties' Joint ADR Certification with stipulation to ADR process or notice of need for ADR phone conference, shall be extended from July 2, 2008 to August 27, 2008, in order to accommodate the extended hearing and briefing schedule on the CPUC's motion to dismiss.

It is further stipulated that the deadline for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and to file their Case Management Statements per Standing Order re Contents of Joint Case Management Statement, shall be continued from July 16, 2008 to September 25, 2008, likewise to accommodate the parties' agreement to extend the time for briefing and hearing on the CPUC's motion to dismiss.

It is further stipulated that the Initial Case Management Conference shall be continued from July 23, 2008 to October 1, 2008, likewise to accommodate the parties' agreement to extend the deadlines for briefing and hearing of the CPUC's motion to dismiss.

1   Pursuant to section X of Northern District of California General Order 45,
2   undersigned counsel for plaintiffs attests that the concurrence in the filing of this document
3   was obtained from Mr. Darwin E. Farrar, counsel for defendant CPUC, on June 4, 2008.

4   DATED: June 4, 2008                    Respectfully submitted,

                                           _____
                                           STEPHAN C. VOLKER
                                           LAW OFFICES OF STEPHAN C. VOLKER
                                           436 14th Street, Suite 1300
                                           Oakland, CA 94612
                                           Attorney for Plaintiffs Californians for Renewable
                                           Energy, et al.


                                           /s/ Darwin E. Farrar
                                           DARWIN E. FARRAR
                                           LIONEL B. WILSON
                                           HELEN W. YEE
                                           California Public Utilities Commission
                                           505 Van Ness Avenue
                                           San Francisco, CA 94102


                        [PROPOSED] ORDER

    IT IS SO ORDERED.

DATED: __JUNE 6,___, 2008

                                           _____
                                           JAMES L. LARSON
                                           U.S. MAGISTRATE – JUDGE