STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
BRIDGET A. ROBERTS (CSB #251941)
LAW OFFICES OF STEPHAN C. VOLKER
436 – 14th Street, Suite 1300
Oakland, CA  94612
TEL: 510/496-0600
FAX: 510/496-1366

Attorneys for Plaintiffs

10.406

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers, and its counsel, Stephan C. Volker,<br><br>            Plaintiffs,<br>    v.<br><br>California Public Utilities Commission,<br><br>            Defendant.<br>_____ | Civ. No. C08-01954-JL<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>**AND**<br><br>**SUPPORTING DECLARATION OF COUNSEL**<br><br>Hearing:  August 13, 2008<br>Time:     9:30 a.m.<br><br>Judge:    Hon. James J. Larson, Magistrate-Judge |

    Defendant California Public Utilities Commission (" CPUC" or " defendant") filed a request for judicial notice in support of its motion to dismiss.  Plaintiffs CAlifornians for Renewable Energy (" CARE") and Stephan C. Volker oppose judicial notice of CARE' s " Petition for Review of Decision of The Court of Appeal for the First Appellate District," in the matter *CARE v CPUC*, Docket No. S150635, which is included in defendant' s request as Exhibit S.  This document was not filed by the California Supreme Court, as demonstrated by the Supporting Declaration of Counsel below and by Exhibit T of defendant' s request.  The declaration and Exhibit T, a one-page letter from the California Supreme Court, explain that the California Supreme

Court refused to file the petition and returned the original petition for review to CARE along with the filing fee.

Because the petition for review was not filed, it is *not* subject to any of the authority cited in defendant's request. Defendant's RJN, p. 4, *citing, e.g., United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (court's final judgment and related *filings* subject to judicial notice by the court). Accordingly, this Court should deny defendant's request for judicial notice as to Exhibit S because it is not an official document of any sort and is not on file with any court.

Dated: July 16, 2008                    Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

By:/s/ Stephan C. Volker
STEPHAN C. VOLKER
Attorneys for Plaintiffs

## SUPPORTING DECLARATION OF COUNSEL

I, STEPHAN C. VOLKER, hereby declare as follows:

1. I am counsel for plaintiffs and have personal knowledge of the following matters.

2. On or about March 5, 2007, the California Supreme Court returned unfiled CARE's "Petition for Review of Decision of The Court of Appeal for the First Appellate District" in the matter *CARE v CPUC, Docket No. S150635,* and the related filing fee.

I declare under penalty of perjury that the foregoing is true and correct of my personal knowledge, and that this declaration was executed in Oakland, California on July 16, 2008.

/s/ Stephan C. Volker
STEPHAN C. VOLKER