STEPHAN C. VOLKER, SBN 63093
JOSHUA A.H. HARRIS, SBN 226898
LAW OFFICES OF STEPHAN C. VOLKER
436 – 14th Street, Suite 1300
Oakland, CA 94612
Telephone:    (510) 496-0600
Facsimile:    (510) 496-1366

Attorneys for Plaintiffs
CAlifornians for Renewable Energy and Stephan C. Volker

10.406

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers and its counsel, Stephan C. Volker,<br><br>Plaintiffs,<br><br>v.<br><br>California Public Utilities Commission, Michael R. Peevey, in his official and individual capacity, Dian Grueneich, in her official and individual capacity, John Bohn, in his official and individual capacity, Rachelle Chong, in her official and individual capacity, Timothy Simon, in his official and individual capacity, and Geoffrey Brown, in his official and individual capacity,<br><br>Defendants. | Case No. C08-01954-JL<br><br>**STIPULATION TO EXTEND TIME FOR (1) DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT (2) BRIEFING AND HEARING ON THE DEFENDANTS' MOTION TO DISMISS, (3) INITIAL DISCLOSURES AND DISCOVERY PLAN, (4) ADR PROCESS, AND (5) CASE MANAGEMENT CONFERENCE DEADLINES AND [PROPOSED] ORDER THEREON**<br><br>**JUDGE:  HON. JAMES J. LARSON** |

Plaintiffs CAlifornians for Renewable Energy, and Stephan C. Volker, and

defendants California Public Utilities Commission, Michael R. Peevey, Dian

Grueneich, John Bohn, Rachelle Chong and Timothy Simon (collectively, "defendants") hereby stipulate to the following:

1. It is stipulated that the briefing schedule for the filing the Defendants' Motion to Dismiss to the First Amended Complaint:

> August 13, 2008 - Defendants' Motion to Dismiss First Amended Complaint
>
> September 8, 2008 - Plaintiffs to file Opposition to Defendants' Motion
>
> September 24, 2008 – Defendants to file Reply to CARE Opposition
>
> October 8, 2008 - 9:30 a.m. hearing before the Hon. James Larson on the Defendants' Motion to Dismiss

2. It is further stipulated that defendants' counsel, Darwin Farrar, has accepted service of the First Amended Complaint on behalf of the CPUC and all named individual Commissioners, except for former Commissioner Geoffrey Brown. The defendants do not waive their rights to challenge the Court's jurisdiction or any sovereign immunity rights the defendants may have under the U.S. Constitution and/or federal statutes.

4. It is further stipulated that the deadline for the parties to meet and confer regarding initial disclosures, early settlement, Alternative Dispute Resolution ("ADR") process selection and discovery plan, and to file the parties' Joint ADR Certification with stipulation to ADR process or notice of need for ADR phone conference, shall be extended from August 27, 2008 to November 19, 2008, in order

to accommodate the extended hearing and briefing schedule on defendants' motion to dismiss the First Amended Complaint.

5. It is further stipulated that the deadline for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and to file their Case Management Statements per Standing Order re Contents of Joint Case Management Statement, shall be continued from September 25, 2008 to December 4, 2008 likewise to accommodate the parties' agreement to extend the time for briefing and hearing on the CPUC's motion to dismiss.

6. It is further stipulated that the Initial Case Management Conference shall be continued from October 1, 2008 to December 10, 2008, likewise to accommodate the parties' agreement to extend the deadlines for briefing and hearing of the CPUC's motion to dismiss.

7. Further, it is stipulated and agreed that the August 13, 2006 hearing on the pending motion to dismiss, previously filed by the defendant CPUC, should be taken off calendar.

Pursuant to section X of Northern District of California General Order 45, undersigned counsel for plaintiffs attests that the concurrence in the filing of this document was obtained from Mr. Darwin E. Farrar, counsel for defendants, on July 21, 2008.

//

//

1
2  DATED: July 21, 2008                    Respectfully submitted,
3
4                                          _____
5                                          STEPHAN C. VOLKER
                                           LAW OFFICES OF STEPHAN C. VOLKER
6                                          436 14th Street, Suite 1300
                                           Oakland, CA 94612
7                                          Attorney for Plaintiffs Californians for Renewable
8                                          Energy, et al.
9
                                           _____
10
11                                         DARWIN E. FARRAR
                                           LIONEL B. WILSON
12                                         HELEN W. YEE
                                           California Public Utilities Commission
13                                         505 Van Ness Avenue
14                                         San Francisco, CA 94102
                                           Counsel for Defendants
15
16
17                                    **[PROPOSED] ORDER**
18        IT IS SO ORDERED.
19
20   DATED: _____, 2008
21
                                           _____
22                                         JAMES L. LARSON
                                           U.S. MAGISTRATE JUDGE
23
24
25
26
27
28
                                                                                                4