LIONEL B. WILSON, SBN 46165
HELEN W. YEE, SBN 119434
DARWIN E. FARRAR, SBN 152735
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone:  (415) 703-1599
Facsimile:  (415) 703-2262

Attorneys for Defendants
California Public Utilities Commission,
Commissioners Peevey, Grueneich, Bohn,
Chong, and Simon

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers, and its counsel, and Stephan C. Volker,<br><br>Plaintiffs,<br><br>vs.<br><br>California Public Utilities Commission, Michael R. Peevey, in his official and individual capacity, Dian Grueneich, in her official and individual capacity, John Bohn, in his official and individual capacity, Rachelle Chong, in her official and individual capacity, Timothy Simon, in his official and individual capacity, and Geoffrey Brown, in his official and individual Capacity,<br><br>Defendants. | Case No. C08-01954-JL<br><br>**DECLARATION OF DARWIN FARRAR IN SUPPORT OF STIPULATION TO EXTEND TIME FOR (1) DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT (2) BRIEFING AND HEARING ON THE DEFENDANTS' MOTION TO DISMISS, (3) INITIAL DISCLOSURES AND DISCOVERY PLAN, (4) ADR PROCESS, AND (5) CASE MANAGEMENT CONFERENCE DEADLINES** |

I, DARWIN E. FARRAR, declare:

1. I am employed by the California Public Utilities Commission ("the CPUC") as a Principal Counsel and have been assigned as counsel in this case. I have personal knowledge of the facts stated herein. I make this declaration in support of the stipulation to extend time.

2. The requested extension of time is necessary to allow CPUC counsel, Mr. Farrar, to meet and confer with the newly added defendants, to undertake additional research in response to the First Amended Complaint, and to attend mandatory work-related trainings.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July 2008, at San Francisco, California.

*[signature]*

Darwin E. Farrar