1  STEPHAN C. VOLKER, SBN 63093
   JOSHUA A.H. HARRIS, SBN 226898
2  LAW OFFICES OF STEPHAN C. VOLKER
   436 – 14th Street, Suite 1300
3  Oakland, CA 94612
   Telephone:   (510) 496-0600
4  Facsimile:   (510) 496-1366

5  Attorneys for Plaintiffs
   CAlifornians for Renewable Energy and Stephan C. Volker
6

7              UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers and its counsel, Stephan C. Volker,<br><br>Plaintiffs,<br><br>vs.<br><br>California Public Utilities Commission,<br><br>Defendant. | Case No. C08-01954-JL<br><br>**STIPULATION TO EXTEND TIME FOR (1) INITIAL DISCLOSURES AND DISCOVERY PLAN, AND (2) CASE MANAGEMENT CONFERENCE DEADLINES AND [PROPOSED] ORDER THEREON**<br><br>**JUDGE:  HON. JAMES J. LARSON** |

Plaintiffs CAlifornians for Renewable Energy, and Stephan C. Volker, and defendant California Public Utilities Commission ("CPUC") hereby stipulate to the following:

1. It is stipulated that the deadline for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and to file their Case Management Statements per Standing Order re Contents of Joint Case Management Statement, shall be continued from December 4, 2008 to February 4,

2009 to accommodate the parties' agreement to extend the time in light of the Court's pending decision on the CPUC's motion to dismiss.

2. It is further stipulated that the Initial Case Management Conference shall be continued from December 10, 2008, to February 11, 2008, likewise to accommodate the parties' agreement to extend the time in light of the Court's pending decision on the CPUC's motion to dismiss.

Pursuant to section X of Northern District of California General Order 45, undersigned counsel for plaintiffs attests that the concurrence in the filing of this document was obtained from Mr. Darwin E. Farrar, counsel for defendant CPUC, on December 2, 2008.

DATED: December 3, 2008

Respectfully submitted,

/s/ Stephan C. Volker

STEPHAN C. VOLKER
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Attorney for Plaintiffs Californians for Renewable Energy, et al.

/s/ Stephan C. Volker Jr.

DARWIN E. FARRAR
LIONEL B. WILSON
HELEN W. YEE
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 5, 2008

_____
JAMES L. LARSON
U.S. MAGISTRATE JUDGE