STEPHAN C. VOLKER, SBN 63093
JOSHUA A.H. HARRIS, SBN 226898
LAW OFFICES OF STEPHAN C. VOLKER
436 – 14th Street, Suite 1300
Oakland, CA 94612
Telephone: (510) 496-0600
Facsimile: (510) 496-1366

Attorneys for Plaintiffs
CAlifornians for Renewable Energy and Stephan C. Volker

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAlifornians for Renewable Energy, a California non-profit public benefit corporation representing California consumers and its counsel, Stephan C. Volker,<br><br>Plaintiffs,<br><br>vs.<br><br>California Public Utilities Commission,<br><br>Defendant. | Case No. C08-01954-JL<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES AND DISCOVERY PLAN AND [PROPOSED] ORDER THEREON**<br><br>**JUDGE: HON. JAMES J. LARSON** |

Plaintiffs CAlifornians for Renewable Energy and Stephan C. Volker, and defendant California Public Utilities Commission ("CPUC"), hereby stipulate that the deadline for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and to file their Case Management Statements per Standing Order re Contents of Joint Case Management Statement, shall be continued from February 4, 2009 to March 4, 2009 to accommodate the Court's rescheduling of the Case Management Conference to March 11, 2009 and the

parties' agreement to extend the time in light of the Court's pending decision on the CPUC's motion to dismiss.

Pursuant to section X of Northern District of California General Order 45, undersigned counsel for plaintiffs attests that the concurrence in the filing of this document was obtained from Mr. Darwin E. Farrar, counsel for defendant CPUC, on February 3, 2009.

DATED: February 3, 2009                    Respectfully submitted,


                                           /s/ Stephan C. Volker

                                           STEPHAN C. VOLKER
                                           LAW OFFICES OF STEPHAN C. VOLKER
                                           436 14th Street, Suite 1300
                                           Oakland, CA 94612

                                           Attorney for Plaintiffs Californians for Renewable Energy, et al.


                                           /s/ Darwin E. Farrar
                                           DARWIN E. FARRAR
                                           HELEN W. YEE
                                           LIONEL B. WILSON
                                           California Public Utilities Commission
                                           505 Van Ness Avenue
                                           San Francisco, CA 94102


**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: Feb 4, 2009

_____
JAMES L. LARSON
U.S. MAGISTRATE JUDGE